UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MCCOY, DESIRAE ROSE | § | Case No. 4-19-BK-04781-BMW |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Stanley J. Kartchner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 250.00 *(Without deducting any secured claims)* | Assets Exempt: 4,314.00 |
| Total Distributions to Claimants: 1,091.85 | Claims Discharged Without Payment: 65,400.30 |
| Total Expenses of Administration: 667.83 | |

3) Total gross receipts of $ 5,892.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,132.81 (see **Exhibit 2**), yielded net receipts of $ 1,759.68 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 8,926.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 667.83 | 667.83 | 667.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,569.00 | 14,130.15 | 14,130.15 | 1,091.85 |
| **TOTAL DISBURSEMENTS** | $ 13,495.00 | $ 14,797.98 | $ 14,797.98 | $ 1,759.68 |

    4) This case was originally filed under chapter 7 on 04/19/2019. The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2021    By:/s/Stanley J. Kartchner
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax Refunds | 1224-000 | 1,759.68 |
| Non-Estate Receipts | 1280-002 | 4,132.81 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,892.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DESIRAE R. MCCOY | Non-Estate Funds Paid to Third Parties | 8500-000 | 4,132.81 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 4,132.81** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JD BYRIDER | | 8,926.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 8,926.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:STANLEY J. KARTCHNER | 2100-000 | NA | 379.92 | 379.92 | 379.92 |
| TRUSTEE EXPENSES:STANLEY J. KARTCHNER | 2200-000 | NA | 27.91 | 27.91 | 27.91 |
| CLERK OF THE UNITED STATES BANKRUPT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 667.83 | $ 667.83 | $ 667.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 700 CR SMART MOTORS | | 0.00 | NA | NA | 0.00 |
| | AARONS RENTAL | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T MOBILITY | | 0.00 | NA | NA | 0.00 |
| | BARCLAYS BANK DELAWARE | | 0.00 | NA | NA | 0.00 |
| | CALDERA EMERGENCY PHYSICIANS | | 0.00 | NA | NA | 0.00 |
| | CAPITAL ONE BANK | | 0.00 | NA | NA | 0.00 |
| | CB INDIGO | | 0.00 | NA | NA | 0.00 |
| | CENTURY LINK | | 0.00 | NA | NA | 0.00 |
| | COX COMMUNICATIONS | | 0.00 | NA | NA | 0.00 |
| | EMERGENCY MED ASSOCIATES | | 0.00 | NA | NA | 0.00 |
| | GM FINANCIAL | | 0.00 | NA | NA | 0.00 |
| | KEVIN & LINDA GUNDY | | 0.00 | NA | NA | 0.00 |
| | NAVIENT/DEPARTMENT OF EDUCATION | | 0.00 | NA | NA | 0.00 |
| | RENT A CENTER | | 0.00 | NA | NA | 0.00 |
| | SYNCB | | 0.00 | NA | NA | 0.00 |
| | THE PLACE AT EDGEWOOD APTS | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TITLE MAX | | 0.00 | NA | NA | 0.00 |
| | TUCSON ELECTRIC POWER | | 0.00 | NA | NA | 0.00 |
| | TV | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | LVNV FUNDING, LLC | 7100-000 | 900.00 | 1,101.01 | 1,101.01 | 85.08 |
| 000003 | LVNV FUNDING, LLC | 7100-000 | 900.00 | 791.92 | 791.92 | 61.19 |
| 000005 | LVNV FUNDING, LLC | 7100-000 | 2,500.00 | 2,063.92 | 2,063.92 | 159.48 |
| 000004 | NAVIENT SOLUTIONS, LLC. | 7100-000 | NA | 9,904.06 | 9,904.06 | 765.30 |
| 000001 | SOUTHWEST GAS CORPORATION | 7100-000 | 269.00 | 269.24 | 269.24 | 20.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,569.00 | $ 14,130.15 | $ 14,130.15 | $ 1,091.85 |

Case No: 19-04781 BMW Judge: BRENDA MOODY WHINERY   Trustee Name: Stanley J. Kartchner
Case Name: MCCOY, DESIRAE ROSE   Date Filed (f) or Converted (c): 04/19/19 (f)
  341(a) Meeting Date: 05/28/19
For Period Ending: 12/02/21   Claims Bar Date: 09/03/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2007 CHRYSLER TOWN & COUNTRY | 2,500.00 | 0.00 | | 0.00 | FA |
| 2. ELECTRONICS | 1,100.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHES | 400.00 | 0.00 | | 0.00 | FA |
| 4. JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 5. ANIMALS | 200.00 | 0.00 | | 0.00 | FA |
| 6. CASH | 114.00 | 0.00 | | 0.00 | FA |
| 7. TAX REFUNDS (u) | 0.00 | 1,000.00 | | 5,892.49 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $4,564.00 $1,000.00 $5,892.49 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 09, 2021, 11:22 am (MLD) ndr w/d and Motion to reopen filed to administer 2019 federal refund rec'd in the amount of 5892.49. will be ready for TFR after postpetition check clears.

Initial Projected Date of Final Report (TFR): 06/30/20   Current Projected Date of Final Report (TFR): 09/05/21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-04781 -BMW | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | MCCOY, DESIRAE ROSE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0638 Checking Account - Non Interest |
| Taxpayer ID No: | *******4719 | | |
| For Period Ending: | 12/02/21 | Blanket Bond (per case limit): | $ 24,320,024.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/21 | 7 | STANLEY J. KARTCHNER | FEDERAL INCOME TAX REFUND | | 5,892.49 | | 5,892.49 |
| | | STANLEY J. KARTCHNER | Memo Amount: 1,759.68 | 1224-000 | | | |
| | | | ESTATE'S PORTION OF TAX REFUND | | | | |
| | | DESIRAE R. MCCOY | Memo Amount: 4,132.81 | 1280-002 | | | |
| | | | DEBTOR'S PORTION OF TAX REFUND | | | | |
| 08/12/21 | 010001 | DESIRAE R. MCCOY | POSTPETITION PORTION TAX REFUNDS | 8500-000 | | 4,132.81 | 1,759.68 |
| | | 8030 E LAKESIDE PKWY #9104 | | | | | |
| | | TUCSON, AZ 85730 | | | | | |
| 08/16/21 | 010002 | CLERK OF THE U.S. BANKRUPTCY COURT | REOPENING FEE | 2700-000 | | 260.00 | 1,499.68 |
| | | 38 S. SCOTT AVE | | | | | |
| | | TUCSON, AZ 85701 | | | | | |
| 10/25/21 | 010003 | STANLEY J. KARTCHNER | Chapter 7 Compensation/Expense | | | 407.83 | 1,091.85 |
| | | CHAPTER 7 TRUSTEE | | | | | |
| | | 7090 N ORACLE RD #178-204 | | | | | |
| | | TUCSON, AZ 85704 | | | | | |
| | | | Fees 379.92 | 2100-000 | | | |
| | | | Expenses 27.91 | 2200-000 | | | |
| 10/25/21 | 010004 | SOUTHWEST GAS CORPORATION | Claim 000001, Payment 7.72545% | 7100-000 | | 20.80 | 1,071.05 |
| | | P.O. BOX 1498 - ATTN BANKRUPTCY DESK | 0032 | | | | |
| | | VICTORVILLE, CA 92393 | | | | | |
| 10/25/21 | 010005 | LVNV FUNDING, LLC | Claim 000002, Payment 7.72745% | 7100-000 | | 85.08 | 985.97 |
| | | RESURGENT CAPITAL SERVICES | 0490 | | | | |
| | | PO BOX 10587 | | | | | |
| | | GREENVILLE, SC 29603-0587 | | | | | |
| 10/25/21 | 010006 | LVNV FUNDING, LLC | Claim 000003, Payment 7.72679% | 7100-000 | | 61.19 | 924.78 |
| | | RESURGENT CAPITAL SERVICES | 3642 | | | | |
| | | PO BOX 10587 | | | | | |
| | | GREENVILLE, SC 29603-0587 | | | | | |
| | | | Page Subtotals | | 5,892.49 | 4,967.71 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 19-04781 -BMW | Trustee Name: | Stanley J. Kartchner |
|---|---|---|---|
| Case Name: | MCCOY, DESIRAE ROSE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0638 Checking Account - Non Interest |
| Taxpayer ID No: | *******4719 | | |
| For Period Ending: | 12/02/21 | Blanket Bond (per case limit): | $ 24,320,024.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/25/21 | 010007 | NAVIENT SOLUTIONS, LLC. DEPARTMENT OF EDUCATION LOAN SERVICES PO BOX 4450 WILKES-BARRE, PA 18773-9635 | Claim 000004, Payment 7.72713% 4778 | 7100-000 | | 765.30 | 159.48 |
| 10/25/21 | 010008 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Claim 000005, Payment 7.72704% 1631 | 7100-000 | | 159.48 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 5,892.49 | COLUMN TOTALS | | 5,892.49 | 5,892.49 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 5,892.49 | 5,892.49 | |
| Memo Allocation Net: | 5,892.49 | Less: Payments to Debtors | | | 4,132.81 | |
| | | Net | | 5,892.49 | 1,759.68 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 5,892.49 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - Non Interest - *******0638 | | 5,892.49 | 1,759.68 | 0.00 |
| Total Memo Allocation Net: | 5,892.49 | | | 5,892.49 | 1,759.68 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  924.78

Case 4:19-bk-04781-BMW   Doc 47   Filed 12/14/21   Entered 12/14/21 10:15:45   Desc
UST Form 101-7-TDR (10/1/2010) (Page: 9)   Page 9 of 9

LFORM24

Ver: 22.03f